App. Div.]          Second Department, October, 1912.

Caroline H. Brown, Appellant, v. George I. Roberts & Bros., Inc., Respondent.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas and Carr, JJ., concurred; Rich, J., not voting.

Daniel F. Burke, Respondent, v. Richmond Light and Railroad Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

Edward Campbell, Respondent, v. The Star Company, Appellant, Impleaded with Henry Schultz, Defendant.— Order affirmëd, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Thomas, Carr and Woodward, JJ., concurred.

Joseph Carta, Suing as Joseph Carta, an Infant, by Joseph Carta, Sr., His Guardian ad Litem, Appellant, v. L. H. Starkey Company, etc., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Carr, Woodward and Rich, JJ.

Guido Consentino, Respondent, v. Illinois Surety Company, Appellant. — Judgment and order affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

Louise K. Corbett, Respondent, v. Laurens P. Dixon, Appellant.— Judgment affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.

James M. Ferris, Appellant, v. The Long Island Railroad Company, Respondent.— Judgment unanimously affirmed, with costs. No opinion, Present — Hirschberg, Burr, Carr, Woodward and Rich, JJ.

Thomas P. Howley, Respondent, v. Michael J. Kelly, Appellant, Impleaded with Benjamin H. Irving and Jennie Irving, as Trustees, Defendants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Woodward and Rich, JJ., concurred.

Josephine A. Hussey, Respondent, v. Steeplechase Company, Appellant, Impleaded with Tilyou Realty Company and Steeplechase Park Company, Defendants.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, Burr, Thomas, Woodward and Rich, JJ.

In the Matter of the Application of The East River Land Company, Respondent, for a Peremptory Writ of Mandamus, Directed to William A. Prendergast, as Comptroller of the City of New York, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Hirschberg, Burr, Thomas and Carr, JJ., concurred.

In the Matter of the Probate of the Last Will and Testament of Mary D. Peck, Deceased. Edgar Peck, Appellant; Clara P. Lewis, as Executrix, etc., of Mary D. Peck, Deceased, Respondent.— Decree of the Surrogate's Court of Queens county affirmed, with costs. No opinion. Hirschberg, Burr, Thomas, Woodward and Rich, JJ., concurred.